March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -v-

Kerry Parris,

                   Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
TELECONFERENCE**

**7-21-CR-790 (PMH) (2)**

Defendant ___Kerry Parris_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___      Initial Appearance/Appointment of Counsel

___      Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Preliminary Hearing on Felony Complaint

___      Bail/Revocation/Detention Hearing

_X_      Status and/or Scheduling Conference

___      Misdemeanor Plea/Trial/Sentence


/s/ Kerry Parris
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Kerry Parris
Print Defendant's Name

Defense Counsel's Signature

Elizabeth K. Quinn
Print Defense Counsel's Name


This proceeding was conducted by AT&T teleconferencing technology.

7/11/22

Date

U.S. District Judge/U.S. Magistrate Judge