March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Kerry Parris ,
                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-cr-790-2 (PMH)

Defendant __Kerry Parris__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence


/s/ Kerry Parris
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Kerry Parris
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

Elizabeth K. Quinn
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

11/29/22
Date

_[signature]_
U.S. District Judge