**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------

UNITED STATES OF AMERICA,

               -against-                **ORDER**

                                               No. 21-CR-00790-2 (PMH)

KERRY PARRIS,
                      Defendant.
-----------------------------------------------

      Kerry Parris ("Defendant"), currently released on bail, appeared before the Court on February 22, 2023 and pled guilty to violations of: (i) 21 U.S.C. §§ 841(b)(1)(C) and 846, the lesser included offense of Count One of the Indictment; and (ii) 18 U.S.C. § 922(g), contained in Count Two of the Indictment. Defendant's guilty plea to the lesser included offense of Count One of the Indictment is an offense for which the maximum term of imprisonment exceeds ten years and which is proscribed by the Controlled Substance Act as defined by 18 U.S.C. §§ 3142(f)(1)(C). Defendant is therefore subject to the mandatory remand provision of 18 U.S.C. § 3142(a)(2), which requires that the Court revoke bail unless: (i) the defendant is not likely to flee or pose a danger to the safety of any person or the community if released and (ii) there are exceptional reasons for why detention is not appropriate. Defendant does not contest remand but requested on the record that he be permitted one (1) week before submitting himself to the U.S. Marshal in order to wrap up his affairs and spend time with an ailing relative. The Government deferred to the Court's discretion on this request and agreed that Defendant did not pose a risk of flight or a danger to the community. The Court, accordingly, finds that the requirements of 18

U.S.C. § 3142(a)(2) are met sufficiently to justify staying Defendant's remand for a single week.

Therefore, upon the application of Defendant, by his attorney, Elizabeth K. Quinn, Esq. with the Federal Defenders of New York, Inc., it is hereby ORDERED that Defendant's detention will be stayed for a period of one (1) week. Defendant is to report to the United States Marshals Service in the United States Courthouse located at 300 Quarropas Street, White Plains, NY 10601 by March 1, 2023 at 5:00 p.m.

Dated: February 22, 2023
      White Plains, NY

**SO ORDERED.**

_____
Honorable Philip M. Halpern
United States District Judge
